UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

CIVIL ACTION NO.: 7:05-CV-00331-KKC

ELLA M. PATRICK     PLAINTIFF

v.     **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY     DEFENDANT

* * * * * * * * * * * * * *

In accordance with Federal Rule of Civil Procedure 58 and sentence four of 42 U.S.C. § 405(g), it is **HEREBY ORDERED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay;

(3) All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

(4) This matter is **STRICKEN** from the Court's active docket.

Entered this 15th day of January, 2010.

Signed By:

*Karen K. Caldwell*  *KKC*
**United States District Judge**